JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CELSO RAUL BALMACEDA DUARTE,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-4612-SK

**JUDGMENT**

In accordance with the Order Granting Unopposed Petition, IT IS ADJUDGED that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. **Celso Raul Balmaceda Duarte (A# 241-897-810)** is ordered released from custody forthwith on the same terms and conditions of his September 2022 Order of Release on Recognizance.

DATED: September 3, 2026

HON. STEVE KIM
United States Magistrate Judge